1  AKERMAN SENTERFITT LLP
   JUSTIN D. BALSER (CA SBN 213478)
2  justin.balser@akerman.com
   BRIDGET M. MOSS (SBN 123652)
3  bridget.moss@akerman.com
   725 S. Figueroa Street, Suite 3800
4  Los Angeles, CA 90017-5433
   Telephone: (213) 688-9500
5  Facsimile: (213) 627-6342

6  AKERMAN SENTERFITT LLP
   JUSTIN D. BALSER (CA SBN 213478)
7  justin.balser@akerman.com
   BRIDGET M. MOSS (SBN 123652)
8  bridget.moss@akerman.com
   The Kittredge Building
9  511 Sixteenth Street, Suite 420
   Denver, Colorado 80202
10 Telephone: (303) 260-7712
   Facsimile: (303) 260-7714

11 Attorneys for Defendant
12 AURORA LOAN SERVICES LLC

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15

16 RAUL MANZO, an individual,              Case No. CV09 0872

17        Plaintiffs,                      STIPULATION GRANTING
                                           DEFENDANT AURORA LOAN
18 v.                                      SERVICES LLC AN EXTENSION
                                           OF TIME TO RESPOND TO
19 AURORA LOAN SERVICES, LLC, a            PLAINTIFF'S COMPLAINT
   Delaware Limited Liability Company,
20 HOMECOMINGS FINANCIAL, LLC, a           [Local Civil Rule 6-1(a)]
   Delaware Limited Liability Company,
21 HOMECOMINGS FINANCIAL                   [Santa Clara County Superior Court
   NETWORK, INC., a Delaware               Case No. 109CV132882]
22 Corporation, CHICAGO TITLE
   COMPANY, a California Corporation,     Complaint Filed: January 20, 2009
23 CAL-WESTERN RECONVEYANCE               Trial Date: None
   CORPORATION, a California
24 Corporation, MORTGAGE
   ELECTRONIC REGISTRATION
25 SYSTEM, a California Corporation, and
   DOES 1 through 50, inclusive,
26
           Defendants.
27

28

{LA038622;1}                           1
STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

1     IT IS HEREBY STIPULATED by and between Plaintiff Raul Manzo
2 ("Plaintiff") and Defendant Aurora Loan Services LLC ("Aurora"), through their
3 attorneys of record, that under the Local Rules of the United States District Court,
4 Northern District of California, Rule 6-1(a), Plaintiffs stipulate to an extension of time
5 for Aurora to answer or otherwise respond to Plaintiff's complaint. Aurora's
6 response, which would have been due on March 4, 2009, is now due on Wednesday,
7 March 18, 2009.

8     It is so stipulated.

10 DATED: February 26, 2009      AKERMAN SENTERFITT LLP
11                                                         JUSTIN D. BALSER
                                                          BRIDGET M. MOSS

13                                                           By: *Bridget M. Moss* (signature)
14                                                           Bridget M. Moss
                                                           Attorneys for Defendant
15                                                            AURORA LOAN SERVICES LLC

17 DATED: February 26, 2009      THE LITIGATION LAW GROUP
                                                          LAWRENCE P. RAMIREZ
                                                          HENRY CHUANG

19                                                            By: (signature)
20                                                            Henry Chuang
                                                           Attorneys for Plaintiff
21                                                            RAUL MANZO

**IT IS SO ORDERED**

*/s/ Judge Charles R. Breyer*

(United States District Court, Northern District of California seal)

{LA038622;1}

2